1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANDREW SMITH COMPANY, | Case Number C 06-6478 JF (HRL) |
| Plaintiff, | ORDER DENYING *EX PARTE* APPLICATION FOR TRO WITHOUT PREJUDICE |
| v. | |
| CUSTOM CUTS, INC., et al., | |
| Defendants. | [re:  doc. no. 2] |

19     On October 17, 2006, Plaintiff Andrew Smith Company filed the complaint in this action,

20  alleging that Defendants Custom Cuts, Inc. and Bradley Beckman failed to pay approximately

21  $150,000 due and owing for perishable agricultural commodities that Plaintiff had shipped to

22  Defendants.  The complaint alleges the following claims:  (1) breach of contract; (2) enforcement

23  of statutory trust provisions of the Perishable Agricultural Commodities Act ("PACA"); (3)

24  failure to account and pay in violation of PACA; (4) injunctive relief; (5) unjust enrichment; (6)

25  conversion; and (7) declaratory relief.

26     Plaintiff also filed an *ex parte* application for temporary restraining order ("TRO")

27  prohibiting Defendants from taking any action that would dissipate Plaintiff's beneficiary interest

28  in Defendants' assets.  A TRO may be granted without notice to the adverse party *only if* "(1) it

1  clearly appears from specific facts shown by affidavit or by the verified complaint that immediate

2  and irreparable injury, loss, or damage will result to the applicant before the adverse party or that

3  party's attorney can be heard in opposition, and (2) the applicant's attorney certifies to the court

4  in writing the efforts, if any, which have been made to give the notice and the reasons supporting

5  the claim that notice should not be required."  Fed. R. Civ. P. 65(b).  Moreover, in this district an

6  applicant for TRO must give notice to the adverse party "[u]nless relieved by order of a Judge for

7  good cause shown."  Civ. L.R. 65-1(b).

8  　　　　Plaintiff has not provided an declaration of counsel explaining why no notice of the

9  application for TRO was given to Defendants, and has not obtained an order from this Court

10  relieving Plaintiff from the notice requirement.  Accordingly, Plaintiff's application for TRO is

11  DENIED WITHOUT PREJUDICE.

12  　　　　IT IS SO ORDERED.

13

14  DATED:  10/18/06

15

16  　　　　　　　　　　　　　　　　　　JEREMY FOGEL
                                        United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order was served on the following persons:

2

3   Counsel for Plaintiff:

4   Paul W. Moncrief
    Johnson and Moncrief, PLC
5   295 Main Street, Suite 600
    Salinas,  CA 93901
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3