**E-Filed 11/27/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>CUSTOM CUTS, INC., et al.,<br><br>        Defendants. | Case Number C 06-6478 JF (HRL)<br><br>ORDER RE DEFENDANTS' REQUEST FOR CONTINUANCE |

    The Court has received Defendants' request for continuance of the hearing on Plaintiff's motion for preliminary injunction, currently set for December 8, 2006, as well as Defendants' substantive opposition to the motion. Defendants sent these documents directly to chambers via facsimile; it does not appear that copies were served upon counsel for Plaintiff. The Clerk of the Court shall file the documents and serve them upon counsel for Plaintiff.

    Plaintiff shall address Defendants' request for continuance in its reply brief on the motion for preliminary injunction. After reviewing the papers, the Court may decide to continue the motion for preliminary injunction or may decide to take up the matter of continuance at the scheduled hearing on December 8.

Case No. C 06-6478 JF (HRL)
ORDER RE DEFENDANTS' REQUEST FOR CONTINUANCE
(JFLC2)

1    IT IS SO ORDERED.

8    DATED: 11/27/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 06-6478 JF (HRL)
ORDER RE DEFENDANTS' REQUEST FOR CONTINUANCE
(JFLC2)

1   This Order was served on the following persons:

3   Paul William Moncrief    paul@johnsonmoncrief.com

5   Brad Beckman
    Custom Cuts
6   2842 South 5th Court
    Milwaukee, Wisconsin 53207-1472
7   phone 414-463-0491
    fax 414-483-4244

3

Case No. C 06-6478 JF (HRL)
ORDER RE DEFENDANTS' REQUEST FOR CONTINUANCE
(JFLC2)