

*Finest Quality Freshly-Cut Fruits and Vegetables*

2042 South 5th Court • Milwaukee, Wisconsin 53207-1472
(414) 483-0491 • Fax (414) 483-4244

November 24, 2006

Honorable Jeremy Fogel
United States District Judge
US District Court
Northern District of California – San Jose
450 Golden Gate Ave.
16th Floor Room 16111
San Francisco, CA 94102
Re: C0606478 JF

Dear Judge Fogel:

The following is my response to the Andrew Smith Company request for a Preliminary Injunction.

- Defendant Custom Cuts, Inc. has been making regular weekly payments to the Andrew Smith Company thru the PACA office in Fort Worth, Texas. In fact our current balance owed to the Andrew Smith Company is $95,121.64 not including the current weekly check. Our bank has paid all checks issued to the Andrew Smith Company. There have been no non-sufficient fund checks. In a couple of instances we had funds in the account but they were not cleared because some of our larger customers issues us checks from out of state. The "clearing" time is usually one week, so the checks were sent thru as "uncollected funds". Our bank paid them all.

- Andrew Smith is not the only PACA creditor. Custom Cuts, Inc. currently has an ongoing relationship with ten other PACA license vendors. Forcing Custom Cuts, Inc. to set aside the amount requested would most likely cause other PACA creditors to suffer harm since we would not be able to cover payroll for our 120 employees; thereby forcing a closure of Custom Cuts, Inc. and a fight between PACA creditors for assets of the company. The product (iceberg lettuce and romaine), which Custom Cuts, Inc.



**Finest Quality Freshly Cut Fruits and Vegetables**

2842 South 5th. Court • Milwaukee, Wisconsin 53207-1472
(414) 463-0401 • Fax (414) 463-4244

purchased from the Andrew Smith Company, were processed and resold to a company in Detroit for which we are still collecting the money from that sale. Forcing Custom Cuts, Inc. to escrow $95,121, which would be due other PACA creditors, is giving ASCO preferential treatment. I would ask the court to continue to allow Custom Cuts, Inc. to make weekly payments until a hearing is scheduled in this matter.

Respectfully submitted,

Brad Beekman CEO
Custom Cuts, Inc.



**USDA** United States Department of Agriculture

Agricultural Marketing Service

PACA Branch
888-901-6137

819 Taylor St. Rm. 8B02
Fort Worth TX 76102
Fax No. 817-978-0786

July 31, 2006

In reply refer to
File PACA S 06 354

BRAD BECKMAN
CUSTOM CUTS INC
2842 S 5TH CT
MILWAUKEE WI 53207-1472

Dear Mr. Beckman:

Andrew Smith Company, Salinas, California has notified us that a dispute may exist between that company and your firm involving failure to pay $271,746.49 for mixed vegetables shipped May 19, 2006 through July 13, 2006. Enclosed are copies of the invoices corresponding to those transactions. Andrew Smith Company states that it has not received payment from you in the amount of $271,746.49.

If you dispute owing the above amount, please provide us with your statement concerning the events surrounding the transaction that would justify your non payment, so that we may assist you in resolving the dispute. It would also be helpful if you would provide copies of any documents you have which might support your actions. Once we have gathered all relevant information from you and Andrew Smith Company, as well as any other party with knowledge of the transaction, we will attempt to assist you in reaching a mutually satisfactory settlement of the dispute.

If, however, you have failed to pay the above invoice(s) through an oversight, please provide us with a check for $271,746.49 made to the order of Andrew Smith Company.

We would appreciate receiving your reply by August 14, 2006. If you have questions, please contact Naomi Nabors at 888-901-6137 or Naomi.Nabors@usda.gov.

Sincerely,

Robert Parker
Regional Director
PACA Branch



| United States Department of Agriculture | Agricultural Marketing Service | PACA Branch 888 991-6137 | **USDA AMS – PACA BRANCH** 819 Taylor Street, Suite 8B02 Fort Worth, TX 76102-9727 Fax 817-978-0786 |

November 21, 2006

Federal Express Receipt No. 7922 4427 3911

In reply refer to
File PACA S 06 354

BOB DEERING
ANDREW SMITH COMPANY
483 EL CAMINO REAL S
SALINAS CA 93908

Dear Mr. Deering:

We refer to the complaint filed by you under the Perishable Agricultural Commodities Act against Custom Cuts, Inc.

Enclosed is check number 044852, dated November 15, 2006 in the amount of $2,381.10. This represents partial payment of this claim. If you have any questions, please contact Naomi Nabors at 817-978-0791 or email naomi.nabors@usda.gov.

Sincerely,

Robert Parker
Regional Director
PACA Branch

CC: Custom Cuts, Inc.



| USDA | United States Department of Agriculture | Agricultural Marketing Service | PACA Branch 888 901-6137 | USDA AMS – PACA BRANCH 819 Taylor Street, Suite 8B02 Fort Worth, TX 76102-9727 Fax 817-978-0786 |

Federal Express Receipt No. 7906 0742 2850

November 14, 2006

In reply refer to
File PACA S 06 354

BOB DEERING
ANDREW SMITH COMPANY
483 EL CAMINO REAL S
SALINAS CA 93908

Dear Mr. Deering:

We refer to the complaint filed by you under the Perishable Agricultural Commodities Act against Custom Cuts, Inc.

Enclosed is check number 044794, dated November 8, 2006 in the amount of $1,579.60. This represents partial payment of this claim. If you have any questions, please contact Naomi Nabors at 817-978-0791 or email naomi.nabors@usda.gov.

Sincerely,

Robert Parker
Regional Director
PACA Branch

CC: Custom Cuts, Inc.



| USDA United States Department of Agriculture | Agricultural Marketing Service | PACA Branch 888 901-6137 | USDA AMS – PACA BRANCH 819 Taylor Street, Suite 8B02 Fort Worth, TX 76102-9727 Fax 817-978-0786 |

Federal Express Receipt No. 7906 0234 3041

November 7, 2006

In reply refer to
File PACA S 06 354

BOB DEERING
ANDREW SMITH COMPANY
483 EL CAMINO REAL S
SALINAS CA 93908

Dear Mr. Deering:

We refer to the complaint filed by you under the Perishable Agricultural Commodities Act against Custom Cuts, Inc.

Enclosed is check number 044726, dated November 1, 2006 in the amount of $2,164.40. This represents partial payment of this claim. If you have any questions, please contact Naomi Nabors at 817-978-0791 or email naomi.nabors@usda.gov.

Sincerely,

Robert Parker
Regional Director
PACA Branch

CC: Custom Cuts, Inc.



| USDA | United States Department of Agriculture | Agricultural Marketing Service | PACA Branch 888 901-6137 | **USDA AMS – PACA BRANCH** 819 Taylor Street, Suite 8B02 Fort Worth, TX 76102-9727 Fax 817-978-0786 |

Federal Express Receipt No. 7985 3259 1988

October 31, 2006

In reply refer to
File PACA S 06 354

BOB DEERING
ANDREW SMITH COMPANY
483 EL CAMINO REAL S
SALINAS CA 93908

Dear Mr. Deering:

We refer to the complaint filed by you under the Perishable Agricultural Commodities Act against Custom Cuts, Inc.

Enclosed is check number 044661, dated October 25, 2006 in the amount of $2,303.10. This represents partial payment of this claim. If you have any questions, please contact Naomi Nabors at 817-978-0791 or email naomi.nabors@usda.gov.

Sincerely,

Robert Parker
Regional Director
PACA Branch

CC: Custom Cuts, Inc.



| USDA | United States Department of Agriculture | Agricultural Marketing Service | PACA Branch 888 901-6137 | USDA AMS – PACA BRANCH 819 Taylor Street, Suite 8B02 Fort Worth, TX 76102-9727 Fax 817-978-0786 |

Federal Express Receipt No. 7911 5299 1952

October 25, 2006

In reply refer to
File PACA S 06 354

BOB DEERING
ANDREW SMITH COMPANY
483 EL CAMINO REAL S
SALINAS CA 93908

Dear Mr. Deering:

We refer to the complaint filed by you under the Perishable Agricultural Commodities Act against Custom Cuts, Inc.

Enclosed is check number 044600, dated October 18, 2006 in the amount of $5,734.68. This represents partial payment of this claim. If you have any questions, please contact Naomi Nabors at 817-978-0791 or email naomi.nabors@usda.gov.

Sincerely,

Jeffrey C. Spradlin
Acting Regional Director
PACA Branch

CC: Custom Cuts, Inc.



United States
Department of
Agriculture

Agricultural
Marketing
Service

PACA
Branch
888 901-6137

**USDA AMS – PACA BRANCH**
819 Taylor Street, Suite 8B02
Fort Worth, TX 76102-9727
Fax 817-978-0786

Federal Express Receipt No. 7905 8787 1133

October 18, 2006

In reply refer to
File PACA S 06 354

BOB DEERING
ANDREW SMITH COMPANY
483 EL CAMINO REAL S
SALINAS CA 93908

Dear Mr. Deering:

We refer to the complaint filed by you under the Perishable Agricultural Commodities Act against Custom Cuts, Inc.

Enclosed is check number 044548, dated October 11, 2006 in the amount of $3,075.55. This represents partial payment of this claim. If you have any questions, please contact Naomi Nabors at 817-978-0791 or email naomi.nabors@usda.gov.

Sincerely,

Robert Parker
Regional Director
PACA Branch

CC: Custom Cuts, Inc.