

**E-filed 12/22/06**

Paul W. Moncrief, Esq. SBN 204239
JOHNSON and MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for ANDREW SMITH COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

ANDREW SMITH COMPANY,

  Plaintiff,

v.

CUSTOM CUTS, INC., BRADLEY BECKMAN
and DOES 1 though 20, inclusive,

  Defendants.

Case No. C 06-6478 JF (HRL)

STIPULATION AND ORDER FOR SETTLEMENT AND ENTRY OF JUDGMENT

  Plaintiff ANDREW SMITH COMPANY submits the following Stipulation and Order for Settlement and Entry of Judgment Under the Perishable Agricultural Commodities Act of 1930, as amended 7 U.S.C. § 499e(c) ("PACA"):

  1. This Stipulation and Order may be executed in any number of counterparts with the same effect as if all signatories had signed the same document. All counterparts must be construed together to constitute one instrument.

  2. The parties stipulate to the following Order for Settlement and Judgment for purpose of facilitating the recovery of PACA Trust Assets and to resolve the instant action.

  3. From May 10, 2006 through July 14, 2006, Andrew Smith Company sold to Custom Cuts, Inc. in interstate commerce and Custom Cuts, Inc. purchased from Andrew Smith Company, perishable agricultural commodities ("Produce") in the principal amount of $87,322.11.

4. Custom Cuts, Inc. acknowledges that the products sold and shipped to Andrew Smith Company were Produce. Custom Cuts, Inc. further acknowledges that Andrew Smith Company has taken all steps necessary to preserve all statutory trust rights to which it is entitled under PACA.

5. Custom Cuts, Inc. acknowledges that Andrew Smith Company is a valid trust creditor under Section 5(c) of the PACA in the total aggregate amount of $94,925.11.

6. Custom Cuts, Inc. stipulates that Judgment shall be entered in favor of Andrew Smith Company in the total amount of $94,925.11, which consists of the principal of $87,322.11, plus $7,253.00 in attorneys fees and $350.00 in prejudgment interest and/or costs.

7. The form of Judgment is attached hereto and incorporated as Exhibit "A".

8. Custom Cuts, Inc. agrees to pay Andrew Smith Company the aggregate amount of $94,925.11.

9. Custom Cuts, Inc. shall pay Andrew Smith Company the total amount due in weekly installments of $10,000.00. If the total amount due is not paid by February 23, 2007, Custom Cuts, Inc. agrees that Custom Cuts, Inc. AR Proceeds shall be transferred into the client trust account of Custom Cuts, Inc.'s counsel, Johnson & Moncrief, PLC, in an amount sufficient to satisfy the outstanding balance. The AR proceeds shall be used to satisfy Andrew Smith Company's PACA trust claims.

10. Andrew Smith Company agrees and stipulates not to take proceedings to enforce this judgment provided that Custom Cuts, Inc. pays to Andrew Smith Company the full amount due in a timely manner as set forth herein.

11. In the event of the failure of Custom Cuts, Inc. to comply with any of the foregoing provisions, then, upon written notification of default to Custom Cuts, Inc. by Andrew Smith Company's counsel, by facsimile transmission or any other method, Custom Cuts, Inc. shall have two (2) business days from the receipt of said notice to pay the total amount due to Andrew Smith Company. If Custom Cuts, Inc. fails to cure said default within this two (2) day period, Andrew Smith Company shall execute fully on the entire balance of the Judgment that remains unpaid, and

2

Stipulation and Order for Settlement and Entry of Judgment
Case No. C 06-6478 JF (HRL)

1  collect finance charges on the entire unpaid balance calculated at the maximum legal rate, plus
2  reasonable attorneys' fees.
3     12.   Andrew Smith Company hereby stipulates and agrees that upon payment of
4  $94,925.11 under the terms of this Stipulation and Order, Andrew Smith Company shall file a
5  Notice of Satisfaction of Judgment with the Court.
6     13.   By signing this Stipulation and Order below on behalf of Custom Cuts, Inc., the
7  undersigned represents and warrants that they have all requisite authority to bind Custom Cuts, Inc.
8  to the terms of this Stipulation and Order.
9     Accordingly, IT IS HEREBY ORDERED:
10    A.   Each of the above recitals is hereby incorporated as though fully set forth.
11    B.   Andrew Smith Company is a valid trust creditor under Section 5(c) of the PACA, 7
12 U.S.C. § 499e(c), against Custom Cuts, Inc. in the aggregate amount of $94,925.11.
13    C.   Judgment shall be entered in favor of Andrew Smith Company and against Custom
14 Cuts, Inc. as provided for in the Judgment attached as Exhibit "A."
15    D.   In the event that Custom Cuts, Inc. does not pay the total amount due by February
16 23, 2007, Custom Cuts, Inc.'s AR Proceeds shall be transferred into the client trust account of
17 Andrew Smith Company's counsel, Johnson & Moncrief, PLC, in an amount sufficient to satisfy
18 the total amount due.  The AR Proceeds shall be used to satisfy Andrew Smith Company's PACA
19 trust claims.
20    E.   Upon payment of $94,925.11 under the terms of the Stipulation and Order, Andrew
21 Smith Company shall file a Notice of Satisfaction of Judgment with the Court.
22    Done and ordered in Chambers at San Jose, California this __22nd__ day of __December__,
23 2006.

_____
JUDGE, U.S. DISTRICT COURT
Jeremy Fogel

3

Stipulation and Order for Settlement and Entry of Judgment
Case No. C 06-6478 JF (HRL)

Stipulated by the Parties:

Dated: 12/15/06

By: _____
Bradley Beckman
President
Custom Cuts, Inc.

Dated: Dec. 14, 2006

By: _____
Paul W. Moncrief, Esq
JOHNSON & MONCRIEF, PLC